**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00585-CR

**DALE LEROY VERHAGEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0252**

## ORDER

Before the Court is appellant's October 14, 2019 second motion to extend the time to file appellants' brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 14, 2019. If appellant's brief is not filed by November 14, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8

/s/     BILL PEDERSEN, III
JUSTICE